IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS MONTEROSO,

         Plaintiff,

 vs.

CITY OF SAN LEANDRO, et al.,

         Defendants.
                           /

No. C 12-05849 YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: March 26, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.12\Monterroso5849.jud.wpd