IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 12-05849 YGR (PR)

JESUS MONTEROSO,

**JUDGMENT**

        Plaintiff,

  vs.

CITY OF SAN LEANDRO, et al.,

        Defendants.

                              /

       For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

       IT IS ORDERED AND ADJUDGED

       That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: March 26, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Monterroso5849.jud.wpd

**United States District Court**
For the Northern District of California